O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARCO A. GAITAN ,

            Plaintiff,

    v.

~~FEDERAL DEPOSIT INSURANCE COMPANY, as Receiver of Indymac Bank FSB; FEDERAL DEPOSIT INSURANCE COMPANY, Conservator of Indymac Federal Bank FSB, Successor in Interest to Indymac Bank FSB;~~ MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; ~~QUALITY LOAN SERVICES CORP.;~~ ONEWEST FSB;  and DOES 2 through 10, inclusive,

            Defendants.

_____

Case No. EDCV 09-1009-VAP (MANx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

     Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: December 1, 2009

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
United States District Judge